## 55254. McRAE v. THE STATE.

BELL, Chief Judge.
Defendant was convicted of burglary. *Held:*
Defendant urges that the trial court erred in refusing to charge the jury on the lesser offense of criminal trespass after a written request for the charge. Defendant's purported request reads in part as follows: "Defendant . . . requests the court change [sic] as to lesser offenses: 1 . . . 2. Criminal trespass." In *State v. Stonaker,* 236 Ga. 1 (222 SE2d 354), it was held that it was not error to fail to charge on a lesser offense in the absence of a written request. In order for a refusal to charge to constitute error the requested charge must be a correct and complete statement of the law. *Durand v. Reeves,* 217 Ga. 492, 495 (3) (123 SE2d 552); *McMullen v. Vaughan,* 138 Ga. App. 718, 720 (227 SE2d 440). The request to charge here is nothing more than a mere reference to criminal trespass and is not a complete and correct statement of the law.

*Judgment affirmed. Shulman and Birdsong, JJ., concur.*

SUBMITTED JANUARY 30, 1978 — DECIDED MARCH 2, 1978.

*Baker, Conrad & Abernathy, H. Clifton Conrad, Jr.,* for appellant.
*C. B. Holcomb, District Attorney,* for appellee.